# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| LAMAR A. WILLIAMS | * | MISC. NO. 21-mc- 553 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Lamar A. Williams has filed numerous civil actions in this Court.[1] In several of these cases, Mr. Williams has engaged in inappropriate communication with the chambers of the presiding judge. Mr. Williams has sent emails attempting to discuss the substance of his case, complaining about opposing counsel or judges of this Court, and making other inappropriate demands or requests. In addition to email messages, Mr. Williams has repeatedly contacted chambers by telephone to discuss the same, and he has left lengthy voicemail messages when his calls have gone unanswered.

Mr. Williams is well aware that such communications are inappropriate. He was repeatedly warned against efforts to draw the Court into *ex parte* discussions and to cease such informal communications with chambers.[2] Mr. Williams persisted, and he was convicted of criminal contempt in 2018 for violating such orders.[3]

The Court has attempted to accommodate Mr. Williams as a pro se litigant. He was granted permission to submit documents for filing by email transmission to the Clerk's Office upon his agreeing that he would cease making inappropriate telephone calls to the Court. Nevertheless, in recent months Mr. Williams has renewed his efforts to informally communicate

---

[1] *See* Civil Actions GLR-17-066; ELH-18-3545; ELH-18-3623; RDB-19-550; ELH-20-1803; DKC-21-537.
[2] *See e.g.*, ECF No. 117, GLR-17-066.
[3] *United States v. Lamar A. Williams*, TDC-18-413.

with the Court. He has repeatedly telephoned chambers and left lengthy voicemail messages. He is again sending inappropriate emails, which now include disturbing language demanding judges grant his requests within a set number of hours or face indeterminate consequences.

Mr. Williams' conduct is wholly inappropriate and disruptive to court operations. Accordingly, the Court now finds it necessary and appropriate to specifically order that Mr. Williams is barred from communicating with the Court except by written documents properly filed with the Clerk. Mr. Williams is no longer permitted to submit documents electronically for filing by the Clerk. Instead, documents may be filed by U.S. Mail, in person at the Clerk's Office, or by utilizing the drop boxes located at the entrance to each Courthouse. Mr. Williams is strictly prohibited from contacting court personnel by telephone or email transmission, including judges, chambers staff, and members of the Clerk's Office. Any such contact may result in referral to the United States Attorney's Office for the District of Maryland for review and possible enforcement action.

It is therefore,

ORDERED by the United States District Court for the District of Maryland that Lamar A. Williams IS HEREBY BARRED from communicating with the Court except by written document properly filed with the Clerk on paper. Mr. Williams SHALL NOT submit documents for filing by email transmission. Documents may be filed by U.S. Mail, in person at the Clerk's Office, or by utilizing the drop boxes located at the entrance to each Courthouse. If Mr. Williams retains counsel to represent him, then he may only communicate with the Court through written filings submitted by his attorney; and it is further

ORDERED that Mr. Williams IS STRICTLY PROHIBITED from contacting U.S.

District Court (Maryland) personnel by telephone or email transmission, including judges, chambers staff, and members of the Clerk's Office; and it is further

ORDERED that Mr. Williams IS WARNED that any violation of this Order may result in referral to the United States Attorney's Office for the District of Maryland for review and possible enforcement action; and it is further

ORDERED that the Clerk SHALL MAIL a copy of this Order to Lamar A. Williams, P.O. Box 115, Perry Hall, Maryland 21128; and it is further

ORDERED that the U.S. Marshal IS DIRECTED to personally serve Mr. Williams with a copy of this Order, and to file a notice with the Clerk when such service has been accomplished.

DATED this 10 day of September, 2021.

BY THE COURT:

_____
James K. Bredar
Chief Judge